| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664<br>Federal Defender |
| 2 | DAVID HARSHAW, KY Bar # 86435<br>Assistant Federal Defender |
| 3 | 801 I Street, 3rd Floor<br>Sacramento, CA 95814 |
| 4 | Tel: 916-498-5700/Fax 916-498-5710 |
| 5 | |
| 6 | Attorneys for Defendant<br>ERIK STOTT |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 6:18-MJ-0038-JDP |
|---|---|
| Plaintiff, | AMENDED WAIVER OF DEFENDANT'S PERSONAL PRESENCE AT PRETRIAL PROCEEDINGS AND ORDER THEREON |
| v. | |
| ERIK STOTT, | |
| Defendant. | |

**[PLEASE NOTE THAT DEFENDANT, ERIK STOTT, SIGNED A SLIGHTLY DIFFERENT RULE 43 WAIVER IN OPEN COURT. DEFENDANT, BY COUNSEL, HAS FILED THAT WAIVER IN THE RECORD.]**

Pursuant to F. R. Crim. P. 43(b)(2) and (3), Defendant, having been advised of his right to be present at all stages of the proceedings, hereby requests that this Court proceed in his absence on every occasion that the Court may permit, pursuant to this waiver. Defendant agrees that his interests shall be represented at all times by the presence of his attorney, the Office of the Federal Defender for the eastern District of California, the same as if Defendant were personally present, and request that this Court allow his attorney-in-fact to represent his interests. Defendant further agrees that notice to defendant's attorney that defendant's presence will be required will be deemed notice to the defendant of the requirement of his appearance at said time and place.

-1-

In open court on August 21, 2018, Defendant spoke of the hardship of missing work (he lives in Madera and works in Fresno). Defendant was concerned about keeping his job (a job he had just obtained). Thus, travel to Yosemite National Park for court appearances would be a possible dramatic financial hardship. Defendant signed the original waiver in open court after a discussion was had on the record about his signing it. It is undersigned counsel's remembrance that the Court either explicitly acquiesced to the waiver or, at the least, encouraged Defendant to sign it.

During the August 21 hearing, Defendant wanted to plead guilty so he would not have to come back to court; he was concerned about his employment. However, upon request by undersigned counsel, this Court agreed to put the case off into the future so that the defense could do more investigation. Undersigned counsel recalls that it was after this occurred that discussions with Defendant were had that assured him that he need not miss more work than necessary to resolve this case.

DATED: 8/21/2018          /s Erik Stott (actual signature on original)
                          DEFENDANT


DATED: 8/21/2018          Respectfully submitted,

                          HEATHER E. WILLIAMS
                          Federal Defender

                          /s David Harshaw (actual signature on original)
                          DAVID HARSHAW
                          Assistant Federal Defender

                          Attorneys for Defendant

## ORDER

GOOD CAUSE APPEARING, **IT IS HEREBY ORDERED** that defendant's appearance may be waived at any and all non-substantive pretrial proceedings until further order.

IT IS SO ORDERED.

Dated: September 10, 2018

_____
UNITED STATES MAGISTRATE JUDGE