1  Susan St. Vincent
2  Legal Officer
   NATIONAL PARK SERVICE
3  Legal Office
   P.O. Box 517
4  Yosemite, California  95389
   Telephone:  (209) 372-0241
5

6

7

8                   UNITED STATES DISTRICT COURT

9                   EASTERN DISTRICT OF CALIFORNIA

10

11  | UNITED STATES OF AMERICA, | Docket Number:  6:18-mj-00038-JDP |
12  | Plaintiff, | |
13  | | **MOTION TO VACATE REVIEW HEARING; AND ORDER THEREON** |
14  | ERIK VAUGHNK STOTT, | |
15  | Defendant. | |

16

17
    The United States, by and through its representative, Susan St. Vincent hereby moves the
18
    Court for an Order to Vacate the review hearing currently scheduled in this matter for December
19
    10, 2019. The Defendant is in agreement with this request. To date, Defendant has complied with
20
    all the terms of unsupervised probation as ordered by this Court on January 29, 2019.
21
    .
22

23
         Dated:  November 22, 2019            /S/ Susan St. Vincent
24                                            Susan St. Vincent
                                              Legal Officer
25                                            Yosemite National Park

26

27

28
                                           1

ORDER

Upon application of the United States, good cause having been shown therefor, I order that the review hearing scheduled for December 10, 2019 in the above-referenced matter, *United States v. Stott*, 6:18-mj-0038-JDP, be vacated.

IT IS SO ORDERED.

Dated:   November 26, 2019                              _____
                                                                              UNITED STATES MAGISTRATE JUDGE